# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form7instructions.pdf

**9th Cir. Case Number(s)**: 23-15010

**Case Name**: California Tribal Families Coalition, et al v. Xavier Becerra, et al

**Counsel submitting this form**: Jeffrey B. Dubner

**Represented party/parties**: California Tribal Families Coalition, Yurok Tribe, Cherokee Nation, Facing Foster Care in Alaska, Ruth Ellis Center

*Briefly describe the dispute that gave rise to this lawsuit.*

Defendants-Appellees issued a Final Rule, 85 Fed. Reg. 28,410 (2020), that reduced the data that child welfare agencies are required to provide to HHS as part of the Adoption and Foster Care Analysis and Reporting System. Plaintiffs allege that the removal of certain data requirements related to sexual orientation and the Indian Child Welfare Act was arbitrary and capricious.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  *Rev. 9/01/22*

*Briefly describe the result below and the main issues on appeal.*

The district court held that the Final Rule was not arbitrary and capricious. The sole issue on appeal is whether that holding was correct.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There are no proceedings remaining below or related proceedings in other tribunals.

**Signature** /s/ Jeffrey B. Dubner **Date** January 9, 2023
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 9/01/22*