**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA TRIBAL FAMILIES COALITION; et al.,<br><br>        Plaintiffs-Appellants,<br><br> and<br><br>ARK OF FREEDOM ALLIANCE; TRUE COLORS, INC.,<br><br>        Plaintiffs,<br><br> v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; et al.,<br><br>        Defendants-Appellees. | No. 23-15010<br><br>D.C. No. 3:20-cv-06018-MMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The parties' joint motion (Docket Entry No. 16) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellate proceedings are stayed until resolution of the Department of Health and Human Services' rulemaking process, or until further order of the court.

The parties shall file a status report on January 17, 2024, and every 90 days thereafter while the rulemaking process remains pending. Status reports should

OSA107

include any change in the status of the rulemaking process and the estimated date of resolution, if known.

The parties shall notify the court by filing a status report within 7 days of resolution of the rulemaking process.

Failure to file a status report will terminate the stay of appellate proceedings.

The briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT